## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Darlene Susan Dampman<br>aka Darlene S. Dampman<br>aka Darlene Dampman<br>Debtor | CHAPTER 13<br><br>BKY. NO. 19-10044 JKF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER and index same on the master mailing list.

                                          Respectfully submitted,
                                          **/s/ Rebecca A. Solarz, Esq**
                                          Rebecca A Solarz, Esquire
                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106-1532
                                          (215) 627-1322