United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Darlene Susan Dampman  
    Debtor

Case No. 19-10044-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Apr 11, 2019  
                    Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2019.  
db           +Darlene Susan Dampman,   602 Clifton Avenue,    Collingdale, PA 19023-3633  
14282899       Southeast Delco School District,   P.O. Box 8500-1440,    Philadelphia, PA 19178-1440

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2019 at the address(es) listed below:  
        ALEXANDRA T. GARCIA   on behalf of Creditor    Federal National Mortgage Association (Fannie Mae)  
          ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com  
        ALEXANDRA T. GARCIA   on behalf of Creditor    Federal National Mortgage Association  
          ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com  
        REBECCA ANN SOLARZ   on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
          bkgroup@kmllawgroup.com  
        ROBERT H. HOLBER    on behalf of Debtor Darlene Susan Dampman rholber@holber.com  
        SCOTT  WATERMAN    on behalf of Trustee SCOTT  WATERMAN ECFmail@fredreiglech13.com,  
          ECF_FRPA@Trustee13.com  
        SCOTT  WATERMAN    ECFmail@fredreiglech13.com,   ECF_FRPA@Trustee13.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                                         TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Darlene Susan Dampman   aka Darlene S. Dampman   Darlene Dampman | | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 19-10044-jkf |

## NOTICE

To the debtor, debtor's counsel, trustee, and creditor Southeast Delco School District;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $1,878.52 has been filed in your name by Counsel for the Debtor Robert Holber on 4/11/19.

Dated: 4/11/19

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: C. Wagner
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)