United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 19-10044-jkf
Darlene Susan Dampman                                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 1            Date Rcvd: Apr 11, 2019
                              Form ID: pdf900             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2019.
db              +Darlene Susan Dampman,   602 Clifton Avenue,   Collingdale, PA 19023-3633
14282899         Southeast Delco School District,   P.O. Box 8500-1440,   Philadelphia, PA 19178-1440

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                               Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2019 at the address(es) listed below:
          ALEXANDRA T. GARCIA    on behalf of Creditor   Federal National Mortgage Association (Fannie Mae)
           ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
          ALEXANDRA T. GARCIA    on behalf of Creditor   Federal National Mortgage Association
           ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          ROBERT H. HOLBER    on behalf of Debtor Darlene Susan Dampman rholber@holber.com
          SCOTT WATERMAN    on behalf of Trustee SCOTT WATERMAN ECFmail@fredreiglech13.com,
           ECF_FRPA@Trustee13.com
          SCOTT WATERMAN    ECFmail@fredreiglech13.com,   ECF_FRPA@Trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

In re                                             :        Chapter 13

                                                  :

Darlene Susan Dampman
  aka Darlene S. Dampman
  Darlene Dampman

                                                  :

          Debtor(s)                      :        Bankruptcy No. 19-10044-jkf


NOTICE

To the debtor, debtor's counsel, trustee, and creditor Southeast Delco School District;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $2,142.87 has been filed in your name by Counsel for the Debtor Robert Holber on 4/11/19.


Dated: 4/11/19

                                                          FOR THE COURT

                                                          TIMOTHY B. MCGRATH
                                                          CLERK


                                                          By: C. Wagner
                                                          Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)