United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Darlene Susan Dampman  
       Debtor  

Case No. 19-10044-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Apr 11, 2019  
                         Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2019.  
db         +Darlene Susan Dampman,   602 Clifton Avenue,   Collingdale, PA 19023-3633  
14254169       Borough of Collingdale,   c/o Joseph A. Cava, Tax Collector,   P.O. Box 12812,    Philadelphia, PA 19176-0812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                                                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2019 at the address(es) listed below:  
         ALEXANDRA T. GARCIA    on behalf of Creditor   Federal National Mortgage Association (Fannie Mae) ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
         ALEXANDRA T. GARCIA    on behalf of Creditor   Federal National Mortgage Association ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
         REBECCA ANN SOLARZ    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com  
         ROBERT H. HOLBER    on behalf of Debtor Darlene Susan Dampman rholber@holber.com  
         SCOTT WATERMAN    on behalf of Trustee SCOTT WATERMAN ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com  
         SCOTT WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                  TOTAL: 7

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Darlene Susan Dampman<br>  aka Darlene S. Dampman<br>  Darlene Dampman | | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 19-10044-jkf |

NOTICE

To the debtor, debtor's counsel, trustee, and creditor Borough of Collingdale ;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $1,615.26 has been filed in your name by Counsel for the Debtor Robert Holber on 4/11/19.

Dated: 4/11/19

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: C. Wagner
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)