IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DARLENE SUSAN DAMPMAN | : CHAPTER 13 |
| | : |
| | : |
| Debtor | : BANKRUPTCY NO. 19-10044 |

## CERTIFICATION OF SERVICE

I, Robert H. Holber, Esquire, Counsel for Debtor, hereby certify that I served a copy of the First Amended Chapter 13 Plan upon the U.S. Trustee's Office, Scott Waterman, Esquire, Chapter 13 Trustee, Debtor, Darlene Susan Dampman, and all secured and priority creditors by first-class mail, postage prepaid and/or electronic means on April 15, 2019.

Date: 4/15/19          By: _____
                            Robert H. Holber, Esquire
                            Attorney for Debtor