IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                              : Chapter 13
                                                    :
    DARLENE SUSAN DAMPMAN                       :
                Debtor                        :
                                                    : Bankruptcy No. 19-10044

**CERTIFICATION OF NOTICE AND NO OBJECTION**
**PURSUANT TO L.B.R 2016-1**

    I, Robert H. Holber, Esquire, counsel for debtor, hereby certify that I served a copy of the Notice of Application for Counsel Fees and Reimbursement of Expenses on the Debtor, the Trustee, and the Office of the U.S. Trustee on May 31, 2019, via first-class mail and/or electronically;

    I further certify that a copy of the Notice of Application for Counsel Fees, as required by L.B.R. 2016-1 and F.R.B.P. 2002(a)(6), was served on all creditors on May 31, 2019 by first class mail, postage pre-paid and/or electronically. A copy of said notice is attached.

    I further certify that as of this date, twenty (20) days has elapsed and no objection has been received to the application.

By:

_____
Robert H. Holber, Esquire
Attorney for Debtor

Dated: 6/24/19