IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                    :Chapter 13
                                          :
    DARLENE SUSAN DAMPMAN                  :
            Debtor                         :
                                          :Bankruptcy No. 19-10044

                        O R D E R

    AND NOW, this 9th day of July, 2019 upon application of

counsel for an award of compensation and reimbursement of actual,

necessary expenses, it is hereby ORDERED that counsel is allowed

$2,375.00 as fees and $445.00 as expenses for services rendered

in connection with the above referenced case for a total award of

$2,820.00 less $900.00 paid prepetition.  The sum of $1,920.00

shall be ~~paid by Chapter 13 Trustee to Debtor's counsel~~.

          paid in accordance with the Chapter 13 plan.

                        By the Court:

                        _____
                        Jean K. FitzSimon, U.S. Bankruptcy Judge