United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-10044-jkf
Darlene Susan Dampman                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 1                  Date Rcvd: Jul 09, 2019
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2019.
db             +Darlene Susan Dampman,    602 Clifton Avenue,    Collingdale, PA 19023-3633

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2019 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae)
               ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
              ALEXANDRA T. GARCIA    on behalf of Creditor    Federal National Mortgage Association
               ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              ROBERT H. HOLBER    on behalf of Debtor Darlene Susan Dampman rholber@holber.com
              SCOTT  WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 8

```
              IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA


In Re:                                    :Chapter 13
                                          :
    DARLENE SUSAN DAMPMAN                 :
              Debtor                      :
                                          :Bankruptcy No. 19-10044

                         O R D E R
```

AND NOW, this 9th day of July, 2019 upon application of counsel for an award of compensation and reimbursement of actual, necessary expenses, it is hereby ORDERED that counsel is allowed $2,375.00 as fees and $445.00 as expenses for services rendered in connection with the above referenced case for a total award of $2,820.00 less $900.00 paid prepetition. The sum of $1,920.00 shall be ~~paid by Chapter 13 Trustee to Debtor's counsel~~.

paid in accordance with the Chapter 13 plan.

By the Court:

*/s/ Jean K. FitzSimon*

Jean K. FitzSimon, U.S. Bankruptcy Judge