**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:    Darlene Susan Dampman aka Darlene S. Dampman aka Darlene Dampman | Chapter 13<br>Bankruptcy No. 19-10044-jkf |
| Debtor(s) | |
| Nationstar Mortgage LLC d/b/a Mr. Cooper, or its Successor or Assignee<br>    Movant<br>        vs.<br>Scott Waterman, Trustee<br>Darlene Susan Dampman aka Darlene S. Dampman aka Darlene Dampman<br>    Respondent(s) | |

**CERTIFICATION OF SERVICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CERTIFICATION OF SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

I, Ann E. Swartz, attorney for Nationstar Mortgage LLC d/b/a Mr. Cooper, hereby certify that I served a true and correct copy of the foregoing Motion for Relief from Automatic Stay and Certification of Service of Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: July 18, 2019

| | | |
|---|---|---|
| Darlene Susan Dampman aka Darlene S. Dampman aka Darlene Dampman<br>602 Clifton Avenue<br>Collingdale, PA 19023 | Robert H. Holber<br>Attorney Robert H. Holber PC<br>41 East Front Street<br>Media, PA 19063 | Scott Waterman (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Avenue, Suite 100<br>Reading, PA 19606 |

U.S. Trustee
United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

/s/ Ann E. Swartz
ANN E. SWARTZ, ESQUIRE, ID # 201926
ALEXANDRA T. GARCIA, ESQUIRE, ID # 307280
Attorney for Nationstar Mortgage LLC d/b/a Mr. Cooper
123 South Broad Street, Suite 1400
Philadelphia, PA 19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com