United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-10044-jkf
Darlene Susan Dampman                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 3          Date Rcvd: Nov 13, 2019
                          Form ID: pdf900          Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2019.
```
db             +Darlene Susan Dampman,    602 Clifton Avenue,    Collingdale, PA 19023-3633
14254163        Academic Emergency Physicians-Fitz,    P.O. Box 827294,    Philadelphia, PA 19182-7294
14254164       #+Allied Interest,    P.O. Box 361445,    Columbus, OH 43236-1445
14282874       +Aqua Pennsylvania,    Att: Collections,    762 W. Lancaster Avenue,    Bryn Mawr, PA 19010-3402
14254166        Balanced Healthcare Receivables,    P.O. Box 9577,    Manchester, PA 03108-9577
14263413       +Beebe Health Care,    424 Savannah Road,    Lewes DE 19958-1462
14254167       +Beebe Healthcare,    424 Savannah Road,    Lewes, DE 19958-1462
14254169        Borough of Collingdale,    c/o Joseph A. Cava, Tax Collector,    P.O. Box 12812,
                 Philadelphia, PA 19176-0812
14254168        Borough of Collingdale,    c/o Joseph A. LaCava, Tax Collector,    P.O. Box 12812,
                 Philadelphia, PA 19176-0812
14254170       +Collingdale Fire Company,    100 W. Commons Boulevard,    Suite 210,    New Castle, DE 19720-2419
14283145        Credit Bureau of Lancaster County Collection,    P.O. Boxl271,    Lancaster, PA
14254172        Crozer Chester Medical Center,    1801 W. Olympic Boulevard,    Pasadena, CA 91199-2170
14282883       +Darby Township,    1020 Ridge Avenue,    Darby, PA 19023-1635
14254173       +Eagleville Hospital,    100 Eagleville Road,    Eagleville, PA 19403-1800
14287502       +Federal National Mortgage Association,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
14256073       +Federal National Mortgage Association,    c/o Alexandra T. Garcia, Esquire,    Suite 1400,
                 123 South Broad Street,    Philadelphia, PA 19109-1060
14254174        Financial Recoveries,    P.O. Box 1388,    Mt. Laurel, NJ 08054-7388
14254175       +H&R Accounts,    5320 22nd Avenue,    Moline, IL 61265-3627
14254176       +Honorable Kelly A. Micozzi-Aguirre,    409 Ashland Avenue,    Secane, PA 19018-2705
14254177       +Joseph F. Riga, Esquire,    MCCABE, WEISBERG & CONWAY, LLC,    123 South Broad Street, Ste 1400,
                 Philadelphia, PA 19109-1060
14254178       +Law Office of Robert H. Holber, P.C.,    41 East Front Street,    Media, PA 19063-2911
14254179      ++++MERCY DIAGNOSTICE IMAG PC,    PO BOX 4238,    PORTSMOUTH NH 03802-4238
                (address filed with court: Mercy Diagnostice Imag PC,    P.O. Box 6750,    Portsmouth, NH 03802)
14254180        Mercy Fitzgerald Hospital,    P.O. Box 822967,    Philadelphia, PA 19182-2967
14254181       +Mercy Management of SE PA,    P.O. Box 14099,    Belfast, ME 04915-4034
14254182       +Mercy Physician Practice Network,    P.O. Box 824020,    Philadelphia, PA 19182-4020
14341112       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619094,    Dallas, TX 75261-9094
14404641       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    c/o McCabe, Weisberg & Conway,
                 123 South Broad Street, Suite 1400,    Philadelphia, PA 19109-1060
14405521       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    c/o Ann E. Swartz, Esquire,
                 123 South Broad Street,    Suite 1400,    Philadelphia, PA 19109-1060
14290033       +Nationstar Mortgage LLC d/b/a Mr. Cooper.,    c/o  Rebecca A Solarz, Esquire,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14254183        Nationwide Credit corporation,    5503 Cherokee Avenue,    Alexandria, VA 22312-2307
14254184        Optimus Care Physician Services,    5475 NW St James Drive,    Suite 148,
                 Port St Lucie, FL 34983-3444
14254187      ++SETERUS INC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Seterus Inc,    14523 SW Millikan Way,    Beaverton, OR 97005)
14254186       +Seabrook House,    133 Polk Lane,    Bridgeton, NJ 08302-5905
14254188        Southeast Delco School District,    P.O. Box 8500-1440,    Philadelphia, PA 19178-1440
14254190        Southeast Radiology, LTD,    P.O. Box 3247,    Evansville, IN 47731-3247
14254189       +Southeast Radiology, LTD,    1651 W. Front St.,    P.O. Box 809,    Berwick, PA 18603-0809
14254191        Sussex Emergency Associates,    P.O. Box 4517,    Lancaster, PA 17604-4517
14254193       +Transworld System, Inc.,    P.O. Box 15095,    Wilmington, De 19850-5095
14254194        United Medical Transport LTD,    2860 Hedley Street,    Suite 103,    Philadelphia, Pa 19137-1919
14282906       +Upper Darby Parking Authority,    100 Garrett Road,    Upper Darby, PA 19082-3135
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Nov 14 2019 03:40:51      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 14 2019 03:40:38      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14254165        E-mail/Text: ebn@americollect.com Nov 14 2019 03:40:34      AmeriCollect, Inc.,
                 1851 S. Alverno road,    Manitowoc, WI 54221
14282879       +E-mail/Text: bankruptcy@philapark.org Nov 14 2019 03:41:01      City of Philadelphia,
                 Parking Violation Branch,    P.O. Box 41819,    Philadelphia, Pa 19101-1819
14254171        E-mail/Text: csd1clientservices@cboflanc.com Nov 14 2019 03:40:57
                 Credit Bureau of Lancaster County,    Collection Division,    P.O. Box1271,
                 Lancaster, PA 17608-1271
14263943        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 14 2019 03:48:18      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14254185       +E-mail/Text: bankruptcygroup@peco-energy.com Nov 14 2019 03:40:09      PECO,
                 Credit Department SF-1,    2301 Market Street,    Philadelphia, Pa 19103-1338
14261987        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 14 2019 03:40:22
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14254192        E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2019 03:48:15      Synchrony Bank,    P.O. Box 965022,
                 Orlando, FL 32896-5022
```

```
District/off: 0313-2          User: ChrissyW            Page 2 of 3              Date Rcvd: Nov 13, 2019
                              Form ID: pdf900           Total Noticed: 50

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14254195       +E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2019 03:48:47      Walmart,    P.O. Box 530927,
                 Atlantic, GA 30353-0927
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
14282873*      ++AMERICOLLECT INC,    PO BOX 2080,    MANITOWOC WI 54221-2080
               (address filed with court: AmeriCollect, Inc.,    1851 S. Alverno road,    Manitowoc, WI 54221)
14283119*      ++AMERICOLLECT INC,    PO BOX 2080,    MANITOWOC WI 54221-2080
               (address filed with court: AmeriCollect, Inc.,    1851 S. Alverno road,    Manitowoc, WI 54221)
14282871*       Academic Emergency Physicians-Fitz,    P.O. Box 827294,    Philadelphia, PA 19182-7294
14283121*       Academic Emergency Physicians-Fitz,    P.O. Box 827294,    Philadelphia, PA 19182-7294
14283120*      +Allied Interest,    P.O. Box 361445,    Columbus, OH 43236-1445
14282872*      +Allied Interest,    P.O. Box 361445,    Columbus, OH 43236-1445
14283113*      +Aqua Pennsylvania,    Att: Collections,    762 W. Lancaster Avenue,    Bryn Mawr, PA 19010-3402
14282875*       Balanced Healthcare Receivables,    P.O. Box 9577,    Manchester, PA 03108-9577
14283114*       Balanced Healthcare Receivables,    P.O. Box 9577,    Manchester, PA 03108-9577
14282876*      +Beebe Healthcare,    424 Savannah Road,    Lewes, DE 19958-1462
14283115*      +Beebe Healthcare,    424 Savannah Road,    Lewes, DE 19958-1462
14282877*       Borough of Collingdale,    c/o Joseph A. LaCava, Tax Collector,    P.O. Box 12812,
                 Philadelphia, PA 19176-0812
14283116*       Borough of Collingdale,    c/o Joseph A. Lacava, Tax Collector,    P.O. Box 12812,
                 Philadelphia, PA 19176-0812
14305155*       Borough of Collingdale,    c/o Joseph A Cava, Tax Collector,    P.O. Box 12812,
                 Philadelphia, PA 19176-0812
14305177*       Borough of Collingdale,    c/o Joseph A. Cava,   Tax Collector,    P.O. Box 12812,
                 Philadelphia, PA 19176-0812
14282878*       Borough of Collingdale,    c/o Joseph A. Cava, Tax Collector,    P.O. Box 12812,
                 Philadelphia, PA 19176-0812
14283117*       Borough of Collingdale,    c/o Joseph A. Cava, Tax Collector,    P.O. Box 12812,
                 Philadelphia, PA 19176-0812
14305156*       Borough of Collingdale,    c/o Joseph A. Cava, Tax Collector,    P.O. Box 12812,
                 Philadelphia, PA 19176-0812
14305157*       Borough of Collingdale,    c/o Joseph A. Cava, Tax Collector,    P.O. Box 12812,
                 Philadelphia, Pa 19176-0812
14283118*      +City of Philadelphia,    Parking Violation Branch,    P.O. Box 41819,
                 Philadelphia, Pa 19101-1819
14282880*      +Collingdale Fire Company,    100 W. Commons Boulevard,    Suite 210,    New Castle, DE 19720-2419
14283122*      +Collingdale Fire Company,    100 W. Commons Boulevard,    Suite 210,    New Castle, DE 19720-2419
14282881*       Credit Bureau of Lancaster County,    Collection Division,    P.O. Box1271,
                 Lancaster, PA 17608-1271
14282882*       Crozer Chester Medical Center,    1801 W. Olympic Boulevard,    Pasadena, CA 91199-2170
14283146*       Crozer Chester Medical Center,    1801 W. Olympic Boulevard,    Pasadena, CA 91199-2170
14283147*      +Darby Township,    1020 Ridge Avenue,    Darby, PA 19023-1635
14282884*      +Eagleville Hospital,    100 Eagleville Road,    Eagleville, PA 19403-1800
14283148*      +Eagleville Hospital,    100 Eagleville Road,    Eagleville, PA 19403-1800
14283149*       Financial Recoveries,    P.O. Box 1388,    Mt. Laurel, NJ 08054-7388
14282885*       Financial Recoveries,    P.O. Box 1388,    Mt. Laurel, NJ 08054-7388
14282886*      +H&R Accounts,    5320 22nd Avenue,    Moline, IL 61265-3627
14283150*      +H&R Accounts,    5320 22nd Avenue,    Moline, IL 61265-3627
14282887*      +Honorable Kelly A. Micozzi-Aguirre,    409 Ashland Avenue,    Secane, PA 19018-2705
14283151*      +Honorable Kelly A. Micozzi-Aguirre,    409 Ashland Avenue,    Secane, PA 19018-2705
14282888*      +Joseph F. Riga, Esquire,    MCCABE, WEISBERG & CONWAY, LLC,    123 South Broad Street, Ste 1400,
                 Philadelphia, PA 19109-1060
14283152*      +Joseph F. Riga, Esquire,    MCCABE, WEISBERG & CONWAY, LLC,    123 South Broad Street, Ste 1400,
                 Philadelphia, PA 19109-1060
14282889*      +Law Office of Robert H. Holber, P.C.,    41 East Front Street,    Media, PA 19063-2911
14283291*      +Law Office of Robert H. Holber, P.C.,    41 East Front Street,    Media, PA 19063-2911
14282890*     ++++MERCY DIAGNOSTICE IMAG PC,    PO BOX 4238,    PORTSMOUTH NH  03802-4238
               (address filed with court: Mercy Diagnostice Imag PC,    P.O. Box 6750,    Portsmouth, NH 03802)
14283288*     ++++MERCY DIAGNOSTICE IMAG PC,    PO BOX 4238,    PORTSMOUTH NH  03802-4238
               (address filed with court: Mercy Diagnostice Imag PC,    P.O. Box 6750,    Portsmouth, NH 03802)
14282891*       Mercy Fitzgerald Hospital,    P.O. Box 822967,    Philadelphia, PA 19182-2967
14283287*       Mercy Fitzgerald Hospital,    P.O. Box 822967,    Philadelphia, PA 19182-2967
14282892*      +Mercy Management of SE PA,    P.O. Box 14099,    Belfast, ME 04915-4034
14283286*      +Mercy Management of SE PA,    P.O. Box 14099,    Belfast, ME 04915-4034
14282893*      +Mercy Physician Practice Network,    P.O. Box 824020,    Philadelphia, PA 19182-4020
14283285*      +Mercy Physician Practice Network,    P.O.Box 824020,    Philadelphia, PA 19182-4020
14282894*       Nationwide Credit corporation,    5503 Cherokee Avenue,    Alexandria, VA 22312-2307
14283280*       Nationwide Credit corporation,    5503 Cherokee Avenue,    Alexandria, VA 22312-2307
14282895*       Optimus Care Physician Services,    5475 NW St James Drive,    Suite 148,
                 Port St Lucie, FL 34983-3444
14283281*       Optimus Care Physician Services,    5475 NW St James Drive,    Suite 148,
                 Port St Lucie, FL 34983-3444
14282896*      +PECO,   Credit Department SF-1,    2301 Market Street,    Philadelphia, Pa 19103-1338
14283283*      +PECO,   Credit Department SF-1,    2301 Market Street,    Philadelphia, Pa 19103-1338
```

```
District/off: 0313-2          User: ChrissyW            Page 3 of 3                  Date Rcvd: Nov 13, 2019
                              Form ID: pdf900           Total Noticed: 50


             ***** BYPASSED RECIPIENTS (continued) *****
14282898*        ++SETERUS INC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:  Seterus Inc,    14523 SW Millikan Way,    Beaverton, OR 97005)
14283292*        ++SETERUS INC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:  Seterus Inc,    14523 SW Millikan Way,    Beaverton, OR 97005)
14282897*        +Seabrook House,    133 Polk Lane,    Bridgeton, NJ 08302-5905
14283284*        +Seabrook House,    133 Polk Lane,    Bridgeton, NJ 08302-5905
14282899*         Southeast Delco School District,    P.O. Box 8500-1440,    Philadelphia, PA 19178-1440
14283293*         Southeast Delco School District,    P.O. Box 8500-1440,    Philadelphia, PA 19178-1440
14282901*         Southeast Radiology, LTD,    P.O. Box 3247,    Evansville, IN 47731-3247
14283296*         Southeast Radiology, LTD,    P.O. Box 3247,    Evansville, IN 47731-3247
14282900*        +Southeast Radiology, LTD,    1651 W. Front St.,    P.O. Box 809,    Berwick, PA 18603-0809
14283295*        +Southeast Radiology, LTD,    1651 W. Front St.,    P.O. Box 809,    Berwick, PA 18603-0809
14282902*         Sussex Emergency Associates,    P.O. Box 4517,    Lancaster, PA 17604-4517
14283297*         Sussex Emergency Associates,    P.O. Box 4517,    Lancaster, PA 17604-4517
14283298*         Synchrony Bank,    P. 0. Box 965022,    Orlando, FL 32896-5022
14282903*         Synchrony Bank,    P.O. Box 965022,    Orlando, FL 32896-5022
14282904*        +Transworld System, Inc.,    P.O. Box 15095,    Wilmington, De 19850-5095
14283299*        +Transworld System, Inc.,    P.O. Box 15095,    Wilmington, De 19850-5095
14282905*         United Medical Transport LTD,    2860 Hedley Street,    Suite 103,    Philadelphia, Pa 19137-1919
14283300*         United Medical Transport LTD,    2860 Hedley Street,    Suite 103,    Philadelphia, Pa 19137-1919
14283301*        +Upper Darby Parking Authority,    100 Garrett Road,    Upper Darby, PA 19082-3135
14282907*        +Walmart,    P.O. Box 530927,    Atlantic, GA 30353-0927
14283302*        +Walmart,    P.O. Box 530927,    Atlantic, GA 30353-0927
                                                                                              TOTALS: 0, * 74, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2019 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae)
               ecfmail@mwc-law.com,  ecfmail@ecf.courtdrive.com
              ALEXANDRA T. GARCIA    on behalf of Creditor    Federal National Mortgage Association
               ecfmail@mwc-law.com,  ecfmail@ecf.courtdrive.com
              ANN E. SWARTZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               ecfmail@mwc-law.com,  ecfmail@ecf.courtdrive.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              ROBERT H. HOLBER    on behalf of Debtor Darlene Susan Dampman rholber@holber.com
              SCOTT   WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

DARLENE SUSAN   DAMPMAN

                                                    : Chapter 13

         Debtor(s)                                  : Bankruptcy No. 19-10044JKF

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is **ORDERED** that the case is **DISMISSED**.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the date of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

                                                    BY THE COURT

**Date: November 13, 2019**

                                                    Jean K. FitzSimon, B. J.